NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**Y2FOX, INC.,**
*Appellant*

**v.**

**SECRETARY OF STATE,**
*Appellee*

---

2025-1001

---

Appeal from the Civilian Board of Contract Appeals in No. 7805, Administrative Judge Erica S. Beardsley, Administrative Judge Kyle E. Chadwick, Administrative Judge Daniel B. Volk.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2                    Y2FOX, INC. V. SECRETARY OF STATE


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



FOR THE COURT


November 14, 2024                    Jarrett B. Perlow
Date                                 Clerk of Court